UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LAURIE MEISTER,** *pro se*, **et al.,**

    **Plaintiffs,**

**v.**           Case No. 8:08-cv-2392-T-30TBM

**WILLIAM UNDERWOOD, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Response (Dkt. 8) to the Court's Order to Show Cause (Dkt. 7) regarding Plaintiffs' failure to effectuate service. Plaintiffs' Response indicates that Plaintiffs are involved in a legal action in Alabama that involves some of the same parties that are named as Defendants in this case. Plaintiffs request that the Court stay this case until disposition of the Alabama action.

Upon consideration, it is ORDERED AND ADJUDGED that:

1. This case shall be **DISMISSED** without prejudice for Plaintiffs' failure to effectuate service on any Defendant.

2. The Clerk is directed to **CLOSE** this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2009.

                           JAMES S. MOODY, JR.
                           UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-2392.dismissal.frm